**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William J. Mullan, Jr. and Kelly A. Mullan<br><br>        Debtor(s) | CHAPTER 13<br><br>BKY. NO. 12-13575 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Bank of America, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1076

                               Respectfully submitted,

                               **/s/Thomas Puleo, Esquire**
                               Thomas Puleo, Esquire
                               Brian C. Nicholas, Esquire
                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 825-6306  FAX (215) 825-6406