Certificate Number: 15111-PAE-DE-028850923

Bankruptcy Case Number: 12-13575



15111-PAE-DE-028850923

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2017, at 5:36 o'clock PM EST, William J Mullan completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 2, 2017

By:  /s/Stephanie Sandison for Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education