United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 12-13575-elf
William J. Mullan, Jr.                                                          Chapter 13
Kelly A. Mullan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 3              Date Rcvd: Jul 31, 2017
                           Form ID: 138NEW        Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
```
db/jdb        +William J. Mullan, Jr.,    Kelly A. Mullan,    31 Rose Lane,    Springfield, PA 19064-3216
12766081      +AES/PHEAA,    PO BOX 8183,   HARRISBURG, PA 17105-8183
12782575      +AES/PHEAA,    PO BOX 8147,   HARRISBURG PA 17105-8147
12727747      +Aes/brazos/us Bank,    Po Box 2461,    Harrisburg, PA 17105-2461
12727750      +Ar Resources,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
12774436      +Arrowood Indemnity Tuitiongard,    Sunrise Credit Srvs.,    260 Airport Plaza,
                Farmingdale, NY 11735-4021
12727752      +BANK OF AMERICA,    201 N. TRYON STREET,    Charlotte, NC 28202-3252
12727751      +BANK OF AMERICA,    450 AMERICAN STREET,    Simi Valley, CA 93065-6285
12761217      +Bank of America NA,    c/o Josh I. Goldman, Esq.,    KML Law Group PC,
                701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839163      +Bank of America NA,    c/o Thomas Puleo Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
12734573      #Bank of America, N.A.,    NC4-105-02-99,    PO Box 26012,    Greensboro, NC 27420-6012
12885739       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12882881      +Basso and Chambers, PC,    4201 Church Road,    Suite 16,    Mt. Laurel, NJ 08054-2231
12826416      +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
12727756      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi,    CitiCard Credit Services/Centralized Ban,    Po Box 20507,
                Kansas City, MO 64195)
12872531       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12727754      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12727755      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12732416      +Citibank N.A. as trustee for the benefit of,    United Guaranty Comm. Ins. Co. of NC,
                230 North Elm Street,    Greensboro  NC 27401-2417
12727763      +Dell Financial Services,    701 E. Barmer Lane,    Building 2,    Austin, TX 78753-3520
12757575      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
12727765      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
12949999       ECMC,    PO BOX 75906,    ST.PAUL, MN 55175
12727766      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
12727773      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12727774      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
12727775      +Hsbc/bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
12849163       Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                POB 3001,    Malvern, PA 19355-0701
13538024      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
12727778      +Rymr&flnign,    Po Box 130,    Liverpool, NY 13088-0130
12727779      +Sharon Sv Bk,    9 Chester Pike,    Darby, PA 19023-1504
12871642       State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12727781      +State Farm Financial S,    Po Box 2328,    Bloomington, IL 61702-2328
12727782      +Student Loan Corp,    701 E 60th St N,    Sioux Falls, SD 57104-0432
12727783      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,
                Minneapolis, MN 55440-9475
12727785      +Wfnnb/express,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
12976634       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:42    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2017 01:48:54
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2017 01:49:18    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: bankruptcygroup@ugcorp.com Aug 01 2017 01:49:15
                United Guaranty Commercial Insurance Company,    P.O. Box 20327,    Greensboro, NC 27420-0327
12727748      +E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2017 01:48:14    ALLY FINANCIAL,
                200 RENAISSANCE CENTER,    Detroit, MI 48243-1300
12855624       E-mail/Text: g20956@att.com Aug 01 2017 01:49:48    AT&T Mobility II LLC,
                % AT&T Services, Inc,    James Grudus, Esq.,    One AT&T Way, Room 3A218,
                Bedminster, NJ 07921-2693
12727746      +E-mail/Text: bknotices@conduent.com Aug 01 2017 01:49:58    Acs/pnc Bank Na,    501 Bleecker St,
                Utica, NY 13501-2401
12756918      +E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2017 01:48:14    Ally Financial,
                c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
12800873       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2017 02:03:26
                American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
                Oklahoma City, OK  73126-9093
12727749      +E-mail/Text: bnc-applied@quantum3group.com Aug 01 2017 01:49:15    Applied Card Bank,
                Attention: General Inquiries,    Po Box 17125,    Wilmington, DE 19850-7125
```

```
District/off: 0313-2          User: PaulP            Page 2 of 3            Date Rcvd: Jul 31, 2017
                              Form ID: 138NEW        Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
12796764       +E-mail/Text: bncmail@w-legal.com Aug 01 2017 01:49:04      BACK BOWL I LLC, SERIES C,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12727753       +E-mail/Text: bknotices@conduent.com Aug 01 2017 01:49:58      Brazos,    501 Bleecker St,
                Utica, NY 13501-2401
12727762       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 01 2017 01:53:13      Credit One Bank,
                Po Box 98873,    Las Vegas, NV 89193-8873
12727764       +E-mail/Text: mrdiscen@discover.com Aug 01 2017 01:48:17      Discover Fin,
                Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
12790807       +E-mail/Text: traciw@tfmfcu.org Aug 01 2017 01:48:33      Franklin Mint Federal Credit Union,
                Attn: Joseph Paettie,    1974 Sproul Rd,    Ste 300,    Broomall, PA 19008-3402
12761336        E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2017 01:52:58      GE Capital Retail Bank,
                Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
12727768       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2017 01:52:58      Gecrb/gap,    Po Box 981400,
                El Paso, TX 79998-1400
12727769       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2017 01:52:58      Gemb/gapdc,    Attn: bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
12727770       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2017 01:53:12      Gemb/ikea,    Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
12727771       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2017 01:53:26      Gemb/thomasville,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
12727772       +E-mail/Text: ally@ebn.phinsolutions.com Aug 01 2017 01:48:14      Gmac Automotive Bank,
                Po Box 130424,    Roseville, MN 55113-0004
12824012        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 01 2017 01:49:09      Jefferson Capital Systems LLC,
                PO BOX 7999,    SAINT CLOUD MN 56302-9617
12727776       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 01 2017 01:48:20      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
12727777       +E-mail/Text: bkr@cardworks.com Aug 01 2017 01:48:12      Merrick Bk,    Attn: Bankruptcy,
                P.O. Box 23356,    Pittsburg, PA 15222-6356
12837026        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2017 02:03:26
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13024831       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2017 02:14:20
                PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12899834        E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2017 01:48:32
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
12757687       +E-mail/Text: bncmail@w-legal.com Aug 01 2017 01:49:03      TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12836602       +E-mail/Text: bankruptcygroup@ugcorp.com Aug 01 2017 01:49:15
                United Garanty Commercial Insurance Co. NC,    PO Box 20327,    Greensboro NC 27420-0327
                                                                                          TOTAL: 29


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12727767        Franklin Mint Fcu Il
12727784        Univ Scrantn
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*             ECMC,   P.O. Box 75906,    St. Paul, MN 55175
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: NATIONSTAR MORTGAGE, LLC.,    PO Box 619096,
                Dallas, TX  75261-9741)
cr*            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
12727758*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank,    Attn: Centralized Bankruptcy,    Po Box 20363,
                Kansas City, MO 64195)
12727757*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank,    Attn: Centralized Bankruptcy,    Po Box 20363,
                Kansas City, MO 64195)
12727760*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195)
12727759*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,    Citi Corp Credit Services/Attention: Cen,
                Po Box 20363,    Kansas City, MO 64195)
12727761*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                Po Box 20363,    Kansas City, MO 64195)
12727780*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Shell Oil / Citibank,    Attn.: Centralized  Bankruptcy,
                Po Box 20507,    Kansas City, MO 64195)
13330351*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk, VA 23541)
                                                                            TOTALS: 2, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2         User: PaulP            Page 3 of 3          Date Rcvd: Jul 31, 2017
                            Form ID: 138NEW         Total Noticed: 66
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
          HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          MITCHELL LEE CHAMBERS, JR.   on behalf of Debtor William J. Mullan, Jr. ecfbc@comcast.net
          MITCHELL LEE CHAMBERS, JR.   on behalf of Joint Debtor Kelly A. Mullan ecfbc@comcast.net
          THOMAS I. PULEO   on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
          LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 6
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: William J. Mullan, Jr. and Kelly A.
Mullan

             Debtor(s)                              Bankruptcy No: 12−13575−elf

                                                         Chapter: 13

_____

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 7/31/17